IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LANCE PHILLIPS                                                                                                PLAINTIFF

V.                                                           CIVIL ACTION NO.:   3:13-cv-00272-SA-JMV

TROY INDUSTRIES, INC., and
XYZ CORPORATIONS 1 - 5                                                                        DEFENDANTS

## **ORDER**

This cause comes before the Court on the plaintiff's *ore tenus* motion to dismiss Shailyn Phillips' claims for loss of consortium.

And the Court being duly advised in these premises finds the motion well-taken. The Court hereby dismisses Shailyn Phillips' claims against Troy Industries, Inc., with prejudice.

SO ORDERED, this the 23rd day of March, 2015.

                                               **/s/ Sharion Aycock**
                                               **U.S. DISTRICT JUDGE**