IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LANCE PHILLIPS and
SHAILYN PHILLIPS                                                                    PLAINTIFFS

V.                                                        CAUSE NO.: 3:13CV272-SA-JMV

TROY INDUSTRIES, INC., and
XYZ CORPORATIONS 1-5                                                              DEFENDANTS

ORDER ON MOTION

Defendant Troy Industries has moved for this Court to reset the trial date on either June 8, 2015, or June 22, 2015. The Court has set the retrial of this case for August 3, 2015, a date mutually acceptable to all parties. Accordingly, the Motion for New Trial is dismissed as moot.

SO ORDERED, this the 29th day of May, 2015.

                                                  /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**