IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LANCE PHILLIPS                                                                               PLAINTIFF

V.                                                                 CAUSE NO.: 3:13CV272-SA-JMV

TROY INDUSTRIES, INC.                                                               DEFENDANT

ORDER

Pursuant to an oral ruling made on the record, the Court assesses the jury costs for this one day of trial to be split equally against both parties. The total costs for the panel's mileage and attendance for this day is $1832.12. Thus, each party shall pay $916.06 to the Clerk of Court within thirty days of the date of this Order.

SO ORDERED, this the 3rd day of August, 2015.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**