IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LANCE PHILLIPS                                                                    PLAINTIFF

V.                                                        CAUSE NO.: 3:13CV272-SA-JMV

TROY INDUSTRIES, INC.                                                    DEFENDANT

JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury rendered

a verdict on October 16, 2015. The Court hereby orders that judgment be entered in favor of the

Defendant.

SO ORDERED, this the 28th day of October, 2015.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**